**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____   Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | J & C Construction & Design LLC |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 88-1315307 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1318 E Churchville Rd. <br> Bel Air, MD 21014 <br> Number, Street, City, State & ZIP Code | 1520 Bennett Road <br> Sykesville, MD 21784 <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Harford <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   J & C Construction & Design LLC
     Name

Case number *(if known)*

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    J & C Construction & Design LLC       Case number (*if known*) _____
     Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11. Why is the case filed in *this district?***    *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** (*Check all that apply.*)

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other _____

     **Where is the property?** _____
                                           Number, Street, City, State & ZIP Code

     **Is the property insured?**

     ☐ No

     ☐ Yes.   Insurance agency _____

             Contact name _____

             Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   J & C Construction & Design LLC
Name

Case number (*if known*)

---

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/31/2025
MM / DD / YYYY

**X** /s/ Chance Smith
Signature of authorized representative of debtor

Chance Smith
Printed name

Title   President

---

**18. Signature of attorney**

**X** /s/ Eric S. Steiner
Signature of attorney for debtor

Date   12/31/2025
MM / DD / YYYY

Eric S. Steiner
Printed name

Steiner Law Group, LLC
Firm name

3030 Greenmount Ave.
Suite 300, PMB 83805
Baltimore, MD 21218-6907
Number, Street, City, State & ZIP Code

Contact phone   (410) 670-7060   Email address   info@steinerlawgroup.com

28705 MD
Bar number and State

---

**United States Bankruptcy Court**
**District of Maryland**

In re    J & C Construction & Design LLC                                Case No.

                                         Debtor(s)                      Chapter    7

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Chance Smith, declare under penalty of perjury that I am the President of  J & C Construction & Design LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 25th day of  November  , 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Chance Smith, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Chance Smith, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Chance Smith, President of this Corporation is authorized and directed to employ Eric S. Steiner, attorney and the law firm of Steiner Law Group, LLC to represent the corporation in such bankruptcy case."

Date    12/29/2025                          Signed  /s/ Chance Smith

                                                    Chance Smith

Resolution of Board of Directors
of
J & C Construction & Design LLC


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Chance Smith, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Chance Smith, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Chance Smith, President of this Corporation is authorized and directed to employ Eric S. Steiner, attorney and the law firm of Steiner Law Group, LLC to represent the corporation in such bankruptcy case.


Date  12/29/2025                              Signed  /s/ Chance Smith
                                                      Chance Smith

**Fill in this information to identify the case:**

Debtor name    J & C Construction & Design LLC

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/31/2025     **X** /s/ Chance Smith
                                       Signature of individual signing on behalf of debtor

                                       Chance Smith
                                       Printed name

                                       President
                                       Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name    J & C Construction & Design LLC

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................    $         0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................................    $       221,917.65

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................    $       221,917.65

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $       270,325.57

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $         0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$     1,201,463.83

4. Total liabilities ....................................................................................................................
    Lines 2 + 3a + 3b                                  $      1,471,789.40

| Fill in this information to identify the case: |
| --- |

Debtor name ___J & C Construction & Design LLC___

United States Bankruptcy Court for the: ___DISTRICT OF MARYLAND___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | M&T Bank as of 11/21/25 | Checking | 2136 | $0.00 |
| 3.2. | PNC Bank as of 11/30/25 | Checking | 1727 | $0.00 |
| 3.3. | United Community Bank | Checking | 4609 | Unknown |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $0.00 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

Debtor    J & C Construction & Design LLC        Case number *(If known)* _____
        Name

| | | |
|---|---|---|
| 7.1. | Security deposit for leased premises located at 1318 East Churchville Road, Bel Air, Maryland 21014 | $1,600.00 |
| 7.2. | Securitry deposit for parking spaces at 1318 E. Churchville Rd., Upper Level, Bel Air, Maryland 21015 | $475.00 |
| 7.3. | Security deposit for leased premises located at 105 N.W. 43rd Street, Boca Raton, Fl. 33431 | $2,208.01 |
| 7.4. | Security deposit for leased premises located at 607 Otis Drive, Dover, DE 19901 | $4,000.00 |
| 7.5. | City of Dover, DE electric and water deposits | $3,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**                                       $11,283.01
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 3,150.00 | - | 0.00 | = .... | $3,150.00 |
| 11a. 90 days old or less: | 1,394.64 | - | 0.00 | = .... | $1,394.64 |
| 11a. 90 days old or less: | 4,914.84 | - | 0.00 | = .... | $4,914.84 |
| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | $0.00 |
| 11b. Over 90 days old: | 2,151.00 | - | 0.00 | =.... | $2,151.00 |

Debtor    J & C Construction & Design LLC                              Case number *(If known)* _____
          Name

| 11b. Over 90 days old: | 890.16 | - | 0.00 | =.... | $890.16 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 5.00 | - | 0.00 | =.... | $5.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $12,505.64 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:     Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | 10-15 misc cabinets | | $0.00 | Liquidation | $2,000.00 |
| 22. | **Other inventory or supplies** | | | | |
| | Misc. tile, misc. nuts and bolts, 2x4s, drywall, trim, ladders, air compressor, nail guns, sample wall | | $0.00 | Liquidation | $2,000.00 |

| 23. | **Total of Part 5.** | | $4,000.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

Debtor   J & C Construction & Design LLC
       Name

Case number *(If known)* _____

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** 6 desks, 10 chairs, 2 tables, 10 cabinets, 12 tablets, 3 desktops, 3 monitors | $0.00 | Liquidation | $3,000.00 |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples:* paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $3,000.00 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2024 Chevrolet Silverado 1500 Crew Cab, KBB as of 11/21/25 | $0.00 | Appraisal | $42,629.00 |
| 47.2. 2024 Chevy Tahoe, unknown whereabouts | $0.00 | | Unknown |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor    J & C Construction & Design LLC
_____    Case number *(If known)* _____
    Name

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
        machinery and equipment)**
        2x4s, drywall, scaffold, misc. tools, pneumatic air
        compressor, ladders, car rack                    $0.00    Liquidation                    $2,000.00

51.    **Total of Part 8.**

        Add lines 47 through 50.  Copy the total to line 87.

|  |
|---|
| $44,629.00 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                        **Current value of
                                                                        debtor's interest**

71.    **Notes receivable**
        Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
        has been filed)**
        Prinicipal Builders Solutions, Inc., pending arbitration as of
        7/25                                                                    $146,500.00

        **Nature of claim**    Breach of contract
        **Amount requested**        $146,500.00

Debtor    J & C Construction & Design LLC
          _____          Case number *(If known)* _____
          Name

75.    **Other contingent and unliquidated claims or causes of action of**
       **every nature, including counterclaims of the debtor and rights to**
       **set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                          | $146,500.00 |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    J & C Construction & Design LLC                         Case number *(If known)* _____
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,283.01 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $12,505.64 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $44,629.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $146,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $221,917.65 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $221,917.65 |

**Fill in this information to identify the case:**

Debtor name _J & C Construction & Design LLC_

United States Bankruptcy Court for the: _DISTRICT OF MARYLAND_

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | 1st Alliance Group, LLC | | |
|---|---|---|---|

Creditor's Name

2875 NE 191st Street, Suite 500
Miami, FL 33180
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
UCC1  250318-1246000              $121,550.00    Unknown

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | Chrysler Capital | | |
|---|---|---|---|

Creditor's Name

PO Box 961272
Fort Worth, TX 76161
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2023 Jeep Grand Cherokee, 64005 miles, KBB      $28,449.24    $22,215.00
as of 11/21/25

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor  **J & C Construction & Design LLC**

Name

Case number (if known) _____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | GM Financial | Describe debtor's property that is subject to a lien | $53,781.28 | $42,629.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
2024 Chevrolet Silverado 1500 Crew Cab, KBB
as of 11/21/25

PO Box 183834
Arlington, TX 76096

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | GM Financial | Describe debtor's property that is subject to a lien | $66,545.05 | Unknown |

Creditor's Name

**Describe debtor's property that is subject to a lien**
2024 Chevy Tahoe, unknown whereabouts

PO Box 183834
Arlington, TX 76096

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $270,325.57 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor    J & C Construction & Design LLC
          _____          Case number (if known) _____
          Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| David Fogel, Esq.<br>1225 Franklin Ave Suite 522<br>Garden City, NY 11530 | Line  2.1 | |

Fill in this information to identify the case:

Debtor name __J & C Construction & Design LLC__

United States Bankruptcy Court for the: __DISTRICT OF MARYLAND__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>American Express<br>P. O. Box 981537<br>El Paso, TX 79998<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $75,000.00 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Caine & Weiner<br>Po Box 55848<br>Sherman Oaks, CA 91413<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _8683_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,872.98 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4,000.00 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Capitol Building Supply, Inc.<br>6600 Whitestone Rd.<br>Gwynn Oak, MD 21207<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $14,468.80 |

Debtor   J & C Construction & Design LLC
_____
Name

Case number (if known) _____

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,891.51 |
|---|---|---|---|

Chase Bank
PO Box 182051
Columbus, OH 43218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,510.00 |
|---|---|---|---|

Chesapeaker Employers' Ins. Co.
8722 Loch Raven Blvd.
Towson, MD 21286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,945.93 |
|---|---|---|---|

Citibank N.A.
P.O. Box 790040
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,981.82 |
|---|---|---|---|

Fundbox, Inc.
c/o the Corporation Trust, Inc.
2405 York Road, Suite 201
Lutherville Timonium, MD 21093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,500.00 |
|---|---|---|---|

Green Note Capital Partners SPV LLC
1019 Ave P Suite 401
Brooklyn, NY 11223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $502,448.12 |
|---|---|---|---|

Helen Hazelton and Johnny Hazelton
4406 Kendal Ct.
Valrico, FL 33596

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225,000.00 |
|---|---|---|---|

IOU Financial
600 TownPark Lane Suite 100
Kennesaw, GA 30144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor  J & C Construction & Design LLC
    Name

Case number *(if known)*

| | | |
|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address**<br>M & T Bank<br>Legal Document Processing<br>626 Commerce Drive<br>Buffalo, NY 14228<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $95,000.00 |

| | | |
|---|---|---|
| **3.13** | **Nonpriority creditor's name and mailing address**<br>Matrix Trust Company<br>717 17th Street, Suite 1300<br>Denver, CO 80202<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| | | |
|---|---|---|
| **3.14** | **Nonpriority creditor's name and mailing address**<br>Quantum Lending Solutions<br>11600 Sunrise Valley Drive<br>Reston, VA 20191<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,391.63 |

| | | |
|---|---|---|
| **3.15** | **Nonpriority creditor's name and mailing address**<br>Revive Investing, LLC<br>1520 Bennett Rd<br>Sykesville, MD 21784<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $176,000.00 |

| | | |
|---|---|---|
| **3.16** | **Nonpriority creditor's name and mailing address**<br>Scott Davis<br>1223 Athens Ct.<br>Bel Air, MD 21014<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | Unknown |

| | | |
|---|---|---|
| **3.17** | **Nonpriority creditor's name and mailing address**<br>Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4,453.04 |

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Quantum FinTech Acquisition Corporation<br>4221 W. Boy Scout Blvd., Suite 300<br>Tampa, FL 33607 | Line  3.14<br><br>☐ Not listed. Explain ____ | _ |

Debtor   J & C Construction & Design LLC                          Case number (if known)
         _____
         Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2 Stan G. Gann, Jr.<br>1 W Pennsylvania Ave, Suite 900<br>Towson, MD 21204 | Line  3.16<br>☐ Not listed. Explain ____ | _ |
| 4.3 Taylor L. Dove, Esq.<br>200 E. St. Julian St.<br>Post Office Box 9848<br>Savannah, GA 31412 | Line  3.11<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,201,463.83 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 1,201,463.83 |

**Fill in this information to identify the case:**

Debtor name      J & C Construction & Design LLC

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Parking spaces for 1318 E. Churchville Rd., Bel Air, Maryland 21014<br><br><br><br>Aaron and Katherine Thompson |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for 1318 East Churchville Road, Bel Air, Maryland 21014<br><br>AKT Properties, LLC<br>C/0 Katherine Kole Thompson<br>1713 Stone Ridge Court<br>Bel Air, MD 21015 |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for premises located at 105 N.W. 43rd STt., Bldg. E, Boca Raton, FL 33431<br><br>Jon Wiley d/b/a Wiley Commerce Plaza |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for premises located at 607 Otis Drive, Dover, DE 19901<br><br>RT. 10, L.L.C.<br>P.O. Box 452<br>Smyrna, DE 19977 |

**Fill in this information to identify the case:**

Debtor name       J & C Construction & Design LLC

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  Chance Smith | 1520 Bennett Road Sykesville, MD 21784 | 1st Alliance Group, LLC | ■ D  2.1 ☐ E/F _____ ☐ G _____ |
| 2.2  Chance Smith | 1520 Bennett Road Sykesville, MD 21784 | M & T Bank | ☐ D _____ ■ E/F  3.12 ☐ G _____ |
| 2.3  Chance Smith | 1520 Bennett Road Sykesville, MD 21784 | Green Note Capital Partners SPV LLC | ☐ D _____ ■ E/F  3.9 ☐ G _____ |
| 2.4  Chance Smith | 1520 Bennett Road Sykesville, MD 21784 | IOU Financial | ☐ D _____ ■ E/F  3.11 ☐ G _____ |
| 2.5  Chance Smith | 1520 Bennett Road Sykesville, MD 21784 | Fundbox, Inc. | ☐ D _____ ■ E/F  3.8 ☐ G _____ |

Debtor   J & C Construction & Design LLC _____   Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Chance the Realtor, LLC | 1520 Bennett Rd. Sykesville, MD 21784 | Green Note Capital Partners SPV LLC | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.7 | Jonathan Meehan | 2005 Churchville Rd. Bel Air, MD 21015 | RT. 10, L.L.C. | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.8 | PFCS ESTATES, LLC | 1520 Bennett Rd. Sykesville, MD 21784 | Green Note Capital Partners SPV LLC | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.9 | Revive Investing, LLC | 1520 Bennett Rd. Sykesville, MD 21784 | Green Note Capital Partners SPV LLC | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.10 | Tucker Estates, LLC | 1520 Bennett Rd. Sykesville, MD 21784 | Green Note Capital Partners SPV LLC | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.11 | Chance Smith | 1520 Bennett Road Sykesville, MD 21784 | AKT Properties, LLC | ☐ D _____ ☐ E/F _____ ■ G __2.2__ |
| 2.12 | Chance Smith | 1520 Bennett Road Sykesville, MD 21784 | Aaron and Katherine Thompson | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.13 | Jon Meehan | | RT. 10, L.L.C. | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name ___J & C Construction & Design LLC___

United States Bankruptcy Court for the: ___DISTRICT OF MARYLAND___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From  1/01/2025 to 12/31/2025 | ■ Operating a business<br>☐ Other _____ | $1,530,564.70 |
   | For prior year:<br>From  1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $2,267,618.93 |
   | For year before that:<br>From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $945,053.95 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    J & C Construction & Design LLC _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  Quantum Lending Solutions<br>11600 Sunrise Valley Drive<br>Reston, VA 20191 | | $10,783.26 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Chrysler Capital<br>PO Box 961272<br>Fort Worth, TX 76161 | 2023 Jeep Grand Cherokee, 64005 miles | 12/4/25 | $22,215.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Scott Davis v. Chance Smith, et al.<br>C-12-CV-25-000781 | Misc. | Cir. Ct for Harford County<br>20 W Courtland St.<br>Bel Air, MD 21014 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  1st Alliance Group, LLC v. J & C Construction and Design, LLC, et al.<br>819397/2025 | Collection | Supreme Court of the State of New York<br>Erie County Court Building<br>25 Delaware Avenue<br>Buffalo, NY 14202 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    J & C Construction & Design LLC Case number *(if known)*

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. IOU Central Inc v. J & C Construction and Design, LLC, et al. 25GC00666 | Collection | Cobb County Superior Court 100 Cherokee Street Marietta, GA 30090 | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Honorable Order of the Blue Goose | Donations | | Unknown |
| **Recipients relationship to debtor** | | | |

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    J & C Construction & Design LLC _____    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Steiner Law Group, LLC<br>3030 Greenmount Ave.<br>Suite 300, PMB 83805<br>Baltimore, MD 21218-6907 | Attorney Fees | | $4,000.00 |
| **Email or website address**<br>info@steinerlawgroup.com | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2. Second Wind Consultants<br>47 Pleasant St Ste 2-S<br>Northampton, MA 01060 | Debt consolidation / negotiation | | $12,200.00 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. Unknown recipient | 2019 Coleman 33' RV, sold by Jonathan Meehan | Unknown | Unknown |
| **Relationship to debtor**<br>Unknown | | | |
| 13.2. Home Insured Services, Inc.<br>90 S. Newtown Road, Suite 1<br>Newtown Square, PA 19073 | 1992 GMC Vandora | 9/17/25 | $12,550.00 |
| **Relationship to debtor** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    J & C Construction & Design LLC                              Case number *(if known)*

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Names and addresses

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.
   ☐ Yes. Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Rosedale Bank 1009 E. Churchville Road Bel Air, MD 21014 | **XXXX**-1594 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | April 2025 | $0.00 |

Debtor     J & C Construction & Design LLC                                   Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | PNC Bank, N.A. Onc PNC Plaza, 249 Fifth Ave. Pittsburgh, PA 15222 | XXXX-7112 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 10/27/25 | $0.00 |
| 18.3. | M & T Bank Legal Document Processing 626 Commerce Drive Buffalo, NY 14228 | XXXX-2136 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | | $0.00 |
| 18.4. | PNC Bank 300 Fifth Avenue Pittsburgh, PA 15222 | XXXX-1704 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 10/27/25 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Public Storage 1900 Emmorton Rd. Bel Air, MD 21015 | Chance Smith | Empty | ☐ No ■ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Misc | Misc | 2 base cabinets purchased by customers. | Unknown |

**Part 12:    Details About Environment Information**

Debtor   J & C Construction & Design LLC _____   Case number *(if known)* _____

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. Marie Calabrese, CPA 1801 Porter Street, Suite 500 Baltimore, MD 21230 | 9/25-Present |
| 26a.2. Vincent L. DiPietro 406 E. Joppa Road Towson, MD 21286 | 2024 |

Debtor   J & C Construction & Design LLC _____   Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.3.   John W. Lynagh, CPA<br>121 South Street<br>Chardon, OH 44024 | 2023 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   Chesapeake Employers' Insurance Company<br>8722 Loch Raven Boulevard<br>Towson, MD 21286-2235 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Chance Smith<br>1520 Bennett Road<br>Sykesville, MD 21784 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   U.S. Small Business Administration<br>409 3rd St. SW<br>Washington, DC 20416 |
| 26d.2.   Capital Bank<br>2275 Research Blvd., Ste. 600<br>Rockville, MD 20850 |
| 26d.3.   GREEN NOTE CAPITAL PARTNERS SPV LLC<br>1019 Ave P Suite 401<br>Brooklyn, NY 11223 |
| 26d.4.   1st Alliance Group, LLC<br>2875 NE 191st Street, Suite 500<br>Miami, FL 33180 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    J & C Construction & Design LLC _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chance B. Smith | 1520 Bennett Road Sykesville, MD 21784 | President | 30% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jessica Short | 13218 Eastern Ave. Middle River, MD 21220 | Vice President | 30% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jonathan Meehan | 2005 Churchville Rd. Bel Air, MD 21015 | Chief Operating Officer | 30% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Davis | 1233 Athens Ct. Bel Air, MD 21014 | Member | 10% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Chance Smith 1520 Bennett Road Sykesville, MD 21784 | $51,432.24 | 11/25/24-Petition Date | Wages |
| | **Relationship to debtor** President | | | |
| 30.2. | Scott Davis 1223 Athens Ct. Bel Air, MD 21014 | $31,166.18 | 1/1/25-April 2025 | |
| | **Relationship to debtor** | | | |
| 30.3. | Jonathan Meehan 2005 Churchville Rd. Bel Air, MD 21015 | $40,537.03 | 1/1/25-April 2025 | |
| | **Relationship to debtor** | | | |

Debtor  J & C Construction & Design LLC                             Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | Jessica Short<br>13218 Eastern Ave.<br>Middle River, MD 21220 | $65,383.33 | 1/17/25-Petition Date | Salary |
| | **Relationship to debtor**<br>Vice President | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    J & C Construction & Design LLC _____     Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/31/2025 _____

/s/ Chance Smith _____               Chance Smith _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    President _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Maryland

In re   J & C Construction & Design LLC _____   Case No. _____

Debtor(s)                              Chapter   7 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   12/31/2025 _____      /s/ Chance Smith _____

Chance Smith/President
Signer/Title

J & C Construction & Design LLC - 1


1st Alliance Group, LLC
2875 NE 191st Street, Suite 500
Miami, FL 33180


Aaron and Katherine Thompson


AKT Properties, LLC
C/O Katherine Kole Thompson
1713 Stone Ridge Court
Bel Air, MD 21015


American Express
P. O. Box 981537
El Paso, TX 79998


Caine & Weiner
Po Box 55848
Sherman Oaks, CA 91413


Capital One
PO Box 30285
Salt Lake City, UT 84130


Capitol Building Supply, Inc.
6600 Whitestone Rd.
Gwynn Oak, MD 21207


Chance Smith
1520 Bennett Road
Sykesville, MD 21784


Chance the Realtor, LLC
1520 Bennett Rd.
Sykesville, MD 21784

J & C Construction & Design LLC - 2

Chase Bank
PO Box 182051
Columbus, OH 43218

Chesapeaker Employers' Ins. Co.
8722 Loch Raven Blvd.
Towson, MD 21286

Chrysler Capital
PO Box 961272
Fort Worth, TX 76161

Citibank N.A.
P.O. Box 790040
Saint Louis, MO 63179

David Fogel, Esq.
1225 Franklin Ave Suite 522
Garden City, NY 11530

Fundbox, Inc.
c/o the Corporation Trust, Inc.
2405 York Road, Suite 201
Lutherville Timonium, MD 21093

GM Financial
PO Box 183834
Arlington, TX 76096

Green Note Capital Partners SPV LLC
1019 Ave P Suite 401
Brooklyn, NY 11223

Helen Hazelton and Johnny Hazelton
4406 Kendal Ct.
Valrico, FL 33596

J & C Construction & Design LLC - 3


IOU Financial
600 TownPark Lane Suite 100
Kennesaw, GA 30144


Jon Meehan


Jon Wiley d/b/a Wiley Commerce Plaza


Jonathan Meehan
2005 Churchville Rd.
Bel Air, MD 21015


M & T Bank
Legal Document Processing
626 Commerce Drive
Buffalo, NY 14228


Matrix Trust Company
717 17th Street, Suite 1300
Denver, CO 80202


PFCS ESTATES, LLC
1520 Bennett Rd.
Sykesville, MD 21784


Quantum FinTech Acquisition Corporation
4221 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607


Quantum Lending Solutions
11600 Sunrise Valley Drive
Reston, VA 20191

# United States Bankruptcy Court
## District of Maryland

In re   J & C Construction & Design LLC
_____
Debtor(s)

Case No. _____
Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   J & C Construction & Design LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

12/31/2025
_____
Date

/s/ Eric S. Steiner
_____
Eric S. Steiner
Signature of Attorney or Litigant
Counsel for   J & C Construction & Design LLC
_____
Steiner Law Group, LLC
3030 Greenmount Ave.
Suite 300, PMB 83805
Baltimore, MD 21218-6907
(410) 670-7060 Fax:(410) 834-1743
info@steinerlawgroup.com